**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LOGAN PROPERTIES, INC.,

     Plaintiff,

v.                                                           Case No.  8:08-cv-252-T-30TGW

TOYS R US - DELAWARE, INC.,

     Defendant.

_____/

**ORDER OF DISMISSAL**

     Before the Court is the Joint Notice of Voluntary Dismissal With Prejudice (Dkt. #21).

In accordance with same, it is

     **ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice, with each party to bear their own attorney's fees and costs.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

     **DONE** and **ORDERED** in Tampa, Florida on September 25, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cv-252.dismissal 21.wpd